# REMITTANCE STATEMENT

D. Sims Crawford, Chapter 13 Standing Trustee
Chapter 13 Bankruptcy Cases
P.O. Box 10848
Birmingham, AL 35202

**DO NOT SEPARATE REMITTANCE STATEMENT FROM CHECK**

| Check Number |
|---|
| 583497 |

| Printed |
|---|
| 9/5/2014 |

| Issue Date |
|---|
| 09/05/2014 |

CLERK, US BANKRUPTCY COURT
Unclaimed Monies
1800 5th Avenue North
Birmingham, AL 35203

| Case Number | Debtor | Acct No. | Paid Through | Unpaid Balance | Amount Paid |
|---|---|---|---|---|---|
| 0901624 | HARDEMAN, MATTHEW | | | Continuing | 571.86 |
| | ORIGINAL CHECK 570384 04/04/2014 HARDEMAN, MATTHEW 1403 17TH WAY SOUTH ***MR*** BIRMINGHAM AL 35205 | | | | |
| 0905371 | JORDAN, LEXTON | | | Continuing | 2.05 |
| | ORIGINAL CHECK 570406 04/04/2014 JORDAN, LEXTON 201-A FOUST AVENUE BESSEMER AL 35023 | | | | |
| 1204626 | EDWARDS-SWINSON, JACQUELINE | | | Continuing | 250.00 |
| | ORIGINAL CHECK 571921 04/23/2014 EDWARDS-SWINSON, JACQUELINE #8 OWEN AVE BESSEMER AL 35022 | | | | |
| | | | | TOTAL | 823.91 |

THIS STATEMENT COVERS PAYMENTS ON YOUR CLAIMS FOR THE ABOVE CASES
PLEASE RETAIN FOR YOUR RECORD.